**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MELISSA SEGUIN,**

    **Plaintiff,**

**v.**                                                           **Case No: 5:13-cv-96-Oc-10PRL**

**MARION COUNTY HEALTH**
**DEPARTMENT**

    **Defendant.**

## ORDER

This case is before the Court for consideration of Plaintiff's Motion to File Discovery Deposition in support of her response to Defendant's Motion for Summary Judgment (Doc. 41). Plaintiff recites that she has been unable to upload the depositions she wishes to file via the Court's CM/ECF system and "needs to hand deliver." (Doc. 41). Plaintiff also notes the depositions she wishes to file are the same depositions already filed by Defendant in this matter.

As a preliminary matter, Plaintiff's motion lacks a certification that she has conferred with opposing counsel as required by Local Rule 3.01(g). Further, there is no appropriate mechanism by which the Court could grant the relief requested by Plaintiff. In accordance with the Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, electronic filing is mandatory, subject to certain limited exceptions.[1] The Court's Administrative Procedures include instructions for filing even voluminous documents as exhibits to documents, and the Middle

---

[1] See http://www.flmd.uscourts.gov/CMECF/CM-ECF_ADMINISTRATIVE_PROCEDURES_03-15-07-FINAL.pdf.

District of Florida maintains numerous resources to assist attorneys and litigants in complying with the electronic filing requirements.[2]  Moreover, it is necessary that any exhibits relied upon by Plaintiff in opposition to Summary Judgment be properly filed via the Court's CM/ECF system so that they become a part of the Court's official record, including on appeal, if necessary.

Accordingly, upon due consideration, Plaintiff's Motion to File Discovery Deposition in support of her response to Defendant's Motion for Summary Judgment (Doc. 41) is **DENIED** to the extent that Plaintiff seeks to hand deliver documents for filing.  If necessary, Plaintiff may have an additional ten (10) days from the entry date of this Order to submit the exhibits electronically via the Court's CM/ECF system in accordance with the Local Rules of the Middle District of Florida and the Court's Administrative Procedures for Filing in Civil and Criminal Cases.

**DONE** and **ORDERED** in Ocala, Florida on July 1, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2]  See http://www.flmd.uscourts.gov/CMECF/CMECF_FAQs.htm.